FILED 21 MAR '23 12:34 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00094-HZ |
| v. | INDICTMENT |
| KEVIN NEAL STRAMPHER, JR. | 18 U.S.C. § 1163 |
| Defendant. | |

### THE GRAND JURY CHARGES:

**COUNT 1**
**(Theft from an Indian Tribal Organization)**
**(18 U.S.C. § 1163)**

On or about January 28, 2023, in the District of Oregon, defendant, **KEVIN NEAL STRAMPHER, JR.**, did knowingly steal and convert to his own use, tools, to wit: an impact driver, an impact wrench, two cordless hammer drills, a toolbox, three socket sets, and an industrial heater, the value of which was over $1,000, which belonged to Warm Springs Composite Products, an Indian tribal organization;

In violation of Title 18, United States Code, Section 1163.

Dated: March  21 , 2023.                             A TRUE BILL.

                                                     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                                                     OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ signature*

PAMELA PAASO, TXSB # 24060371
Assistant United States Attorney

**Indictment**                                                                           **Page 1**